Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:                                                           Chapter 11
EASTERN FARMS, INC.,                        Case No. 10-14150(AJG)
d/b/a DELMONICO GOURMET FOOD
MARKET,

                              Debtor.                 **AFFIDAVIT OF SERVICE**
------------------------------------------------------x

STATE OF NEW YORK        )
                                              )ss.:
COUNTY OF NEW YORK  )

      Nilda Reyes, being duly sworn, deposes and says:

      I am not a party to the action. I am over the age of eighteen years and reside in Pomona, New York.

      On August 23, 2010, I served that certain *Order Scheduling Initial Case Conference* upon those entities listed on the attached Service List designated by said attorney by depositing a true copy of same, enclosed in properly addressed envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class Mail delivery.

_____
NILDA REYES

Sworn to before me this
23rd day of August, 2010.

_____
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430  Qualified in New York County
Commission Expires February 26, 2011

Chin W. Yi
2518 Oak Street
Bellmore, NY 11710

Young Rhee
39 W. 32nd Street, #1200
New York, NY 10001

Soon Jung Ahn
255 2nd Street
Palisades Park, NJ 07650

Sae Ahn
255 2nd Street
Palisades Park, NJ 07650

Hwan Choi
1139 16th Street, 1st Floor
New York, NY 07024

K&S Buying Service
22-19 160 Street
Whitestone, NY 11357

Han Mi Mean
43-23 223rd Street
Bayside, NY 11361

YJ Produce Corpo.
139 Valley Road
River Edge, NJ 07661

Lee & Giant Food, Inc.
355 Exterior Street
Bronx, NY 10451

UniFirst
50 Carnation Avenue, #5
Floral Park, NY 11001

NYS Dept. of Labor
Division of Labor Standards
75 Varick Street, 7th Floor
New York, NY 10013

J&S Seafood
183 Broadway
Cresskill, NJ 07628

Paper Plus Products
50-42 202 Street
Oakland Gardens, NY 11364

Abraham Foods Inc.
30-20 Review Avenue
Long Island City, NY 11101

William Ramirez
c/o NYS Dept. Of Labor
Division of Labor Standards
75 Varick Street, 7th Floor
New York, NY 10013
Kim & Bae, PC
110 E. 59th Street, 29th Floor
New York, NY 10022

Ki Duk Kwak
33-39 156th Street
Flushing, NY 11354

Woori America Bank
1250 Broadway
New York, NY 10001

Greg Zipes, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004