Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11
EASTERN FARMS, INC.,                                           Case No. 10-14150(AJG)
d/b/a DELMONICO GOURMET FOOD
MARKET,

                            Debtor.                                 **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------x

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK )

        DEBORAH HARRIS, being duly sworn, deposes and says:

        I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

        On August 23, 2010, I served that certain *Notice of Motion for Entry of an Order, Pursuant to §364(c) of the Bankruptcy Code and Bankruptcy Rule 4001(c), Authorizing the Debtor to Continue Payments Under Insurance Premium Financing Agreement* upon those entities listed on the attached Service List designated by said attorney by depositing a true copy of same, enclosed in properly addressed envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class Mail delivery.

                                                                   _____
                                                                   DEBORAH HARRIS

Sworn to before me this
23 day of August, 2010

_____
Eric C. Zabicki
Notary Public, State of New York
No. 02ZA6078736 Qualified in New York County
Commission Expires August 5, 2014

# SERVICE LIST

Abraham Foods Inc.
30-20 Review Avenue
Long Island City, NY 11101

Chin W. Yi
2518 Oak Street
Bellmore, NY 11710

Dreyer's
543 Manida Street
Bronx, NY 10474

Elizabeth Kim
215-10 Northern Blvd., #204
Bayside, NY 11361

Friedland Properties
22 East 65th Street
New York, NY 10065

Gillies Coffee Company
PO Box 320206
150 19th Street
Brooklyn, NY 11232

Han Mi Meat
43-23 223rd Street
Bayside, NY 11361

Hwan Choi
1139 16th Street, 1st Floor
New York, NY 07024

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

J&S Seafood
183 Broadway
Cresskill, NJ 07626

K&S Buying Service
22-19 160 Street
Whitestone, NY 11357

Kim & Bae, PC
110 E. 59th Street
29th Floor
New York, NY 10022

Lee & Giant Food, Inc.
355 Exterior Street
Bronx, NY 10451

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201
Attn: Legal Affairs

NYC Law Dept.
100 Church Street
New York, NY 10007

NYS Attorney General
120 Broadway
New York, NY 10271

NYS Dept. of Labor
Division of Labor Standards
75 Varick Street, 7th Floor
New York, NY 10013

NYS Dept. of Tax & Fin.
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

Paper Plus Products
50-42 202 Street
Oakland Gardens, NY 11364

Sae Ahn
255 2nd Street
Palisades Park, NJ 07650

Soon Jung Ahn
255 2nd Street
Palisades Park, NJ 07650

U.S. Dept. of Justice
Box 55
Washington, DC 20044

UniFirst
50 Carnation Avenue, #5
Floral Park, NY 11001

United States Attorney
One St. Andrews Plaza
Claims Unit - Room 417
New York, NY 10007

William Ramirez
c/o NYS Dept. of Labor
Division of Labor Standards
75 Varick Street, 7th Floor
New York, NY 10013

Woori America Bank
1250 Broadway
New York, NY 10001

Ki Duk Kwak
33-39 156th Street
Flushing, NY 11354

YJ Produce Corp.
139 Valley Road
Riveredge, NJ 07661

Young Rhee
39 W. 32nd Street, #1200
New York, NY 10001

Standard Funding Corp.
335 Crossways Park Drive
Woodbury, NY 11797