E. Peter Shin, Esq.
Law Offices of E, Peter Shin
Attorney for K & S Buying Service, Inc
158-14 Northern Blvd., 2nd Floor Suite UL-2
Flushing, New York 11358
PeterS1027@aol.com
(718)463-3131

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re :

                                          Chapter 11
                                          Case No. 10-14150(AJG)

EASTERN FARMS, INC.,
d/b/a DELMONICO GOURMET FOOD MARKET
        Debtor
-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
AND SERVICCE OF ALL PLEADINGS PURSUANT TO
BANKRUPTCY RULE 2002, 7004 AND 9010**

SIRS :

PLEASE TAKE NOTICE THAT the undersigned, E. Peter Shin, Esq.

appears as a counsel for the Creditor, K & S BUYING SERVICE, INC. and

Pursuant to the United States Bankruptcy Code and Bankruptcy Rules 2002, 7004,

9010 or otherwise requests that all notices given or required to be given in this case

and in any cases consolidated herewith, and all papers served or required to be

served in this case and in any cased consolidated herewith, be given to and served

upon the undersigned at the address above.

Dated : Flushing, New York
         August 30, 2010

                                                   **Law Offices of E. Peter Shin**

                                                   **/s/ E. Peter Shin, Esq.**
                                                   E. Peter Shin, Esq.( ES-4237)

SERVICE LIST

Douglas J. Pick, Esq.
Pick & Zahicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

*U.S. Trustee*
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004