# PICK & ZABICKI LLP

ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
e-mail: dpick@picklaw.net

September 15, 2010

**VIA REGULAR MAIL**

Hon. Arthur J. Gonzalez
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

> Re: *Eastern Farms Inc. d/b/a Delmonico Gourmet Foods, Inc.*
> *Chapter 11 - Case No. 10-14150 (AJG)*

Dear Judge Gonzalez:

This will confirm that a hearing will be held on September 22, 2010 at 9:30 a.m. to consider the above-captioned Debtor's request for entry of a proposed *Stipulation and Order Authorizing Chapter 11 Debtor to Use Cash Collateral and Approving Adequate Protection Payments*.

Respectfully submitted,

/s/Eric C. Zabicki

Eric C. Zabicki

Encl.
cc:     Greg Zipes, Esq.
        All Creditors and Parties in Interest
        ECF Case Docket