# PICK & ZABICKI LLP
ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick  
Eric C. Zabicki

Telephone: (212) 695-6000  
Facsimile: (212) 695-6007  
e-mail: dpick@picklaw.net

September 20, 2010

**VIA REGULAR MAIL**

Hon. Arthur J. Gonzalez  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, New York 10004

      Re:    *Eastern Farms Inc. d/b/a Delmonico Gourmet Foods, Inc.*  
             *Chapter 11 - Case No. 10-14150 (AJG)*

Dear Judge Gonzalez:

    This will confirm that the hearing scheduled to be held on September 22, 2010 at 9:30 a.m. to consider the above-captioned Debtor's request for entry of a proposed *Stipulation and Order Authorizing Chapter 11 Debtor to Use Cash Collateral and Approving Adequate Protection Payments* has been adjourned to September 23, 2010 at 9:15 a.m.

                                         Respectfully submitted,

                                         */s/Eric C. Zabicki*

                                         Eric C. Zabicki

cc:    Greg Zipes, Esq. (by fax)  
        Jerry J. Kim, Esq. (Counsel to Woori America Bank) (by fax)  
        ECF Case Docket